PROB 12C
(6/16)

Report Date: August 31, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 3 1 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jasmin Rebecca Jiminez              Case Number: 0980 2:13CR02092-LRS-3

Address of Offender: ███████████████  Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 24, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Theft from a Gaming Establishment of Less Than $1,000, 18 U.S.C. § 1167(a) | | |
| Original Sentence: | Probation: 36 months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | April 24, 2014 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | April 23, 2017 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

         **Supporting Evidence**: Ms. Jiminez has failed to report to the probation office within the first 5 days for the months of June, July, and August of 2016 as directed.

         Ms. Jiminez was directed to report within the first 5 days of each month to the probation office. She last reported as directed on May 10, 2016. Letters were mailed to her residence on June 13, and July 14, 2016, reminding her of her reporting obligations but she has failed to respond to these letters. Attempts to reach her by telephone have been met with negative results. A home visit was conducted on June 14, 2016, which resulted in no contact. A business card was left on the door jamb with instructions for Ms. Jiminez to contact this officer. To date she has failed to report or contact the U.S. Probation Office.

2        **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Jiminez has failed to complete an alcohol and drug information school as directed.

On May 10, 2016, Ms. Jiminez was reminded she needed to complete an alcohol and drug information class as recommended by Merit Resource Services. On this date, Ms. Jiminez agreed to complete this class at Barth Clinic and Associates. Ms. Jiminez has yet to provide verification of having completed this class.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 31, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/31/16
Date